STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES HENRY WIGGINGS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. John G. Thevos* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FREDERICK H. PORTER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVID FUSSELL, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

April 29, 1969. Denied.